Mark F. Anderson (SBN 44787)
Anderson, Ogilvie & Brewer LLP
600 California Street, 18th Floor
San Francisco, CA 94108-2711
Ph: (415) 651-1951
Fax: (415) 956-3233
mark@aoblawyers.com

Attorneys for Plaintiff Charso A. Elliott

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARSO A. ELLIOTT,<br><br>  Plaintiff,<br><br>  v.<br><br>RESURGENT CAPITAL SERVICES L.P., et al,<br><br>  Defendant. | Case No. 2:11-CV-00988-LKK-EFB<br><br>ORDER FOR DISMISSAL OF DEFENDANTS RESURGENT CAPITAL SERVICES L.P. AND LVNV FUNDING, LLC WITH PREJUDICE |

Based on the parties' stipulation and for good cause shown, plaintiff Charso Elliott's claims against defendants Resurgent Capital Services L.P. and LVNV Funding, LLC in this action are hereby dismissed with prejudice, with each party to bear its own costs.

Dated: May 20, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT